No. 6144.—Ortiz, aplte., *v.* Carrasquillo, aplda.—C. D. Humacao.—▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Diciembre 13, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, el pleito de epígrafe era un caso de divorcio en que surgió un incidente de desacato y en que la Corte de Distrito de Humacao condenó al demandante por desacato por haber desobedecido una orden concediendo alimentos a la demandada;

Por cuanto, el demandante apeló de la orden de desacato y ahora solicita que se cambie el título del caso de modo que lea "El Pueblo de Puerto Rico *v.* Francisco Ortiz Stella," alegando que se trata más bien de un desacato criminal que de uno civil;

Por cuanto, en diciembre 24 de 1930 esta Corte rehusó desestimar la apelación por no haberse notificado al apelado, bastando aparentemente una notificación al fiscal;

Por cuanto, habiendo esta Corte prima facie aceptado jurisdicción del recurso el título del caso carece de verdadera importancia;

Por tanto, no ha lugar a la moción radicada, dejando a las partes en libertad de discutir en su fondo si el pleito es más bien civil o criminal.